UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL PERLMAN,

                                          Plaintiff,                    22 Civ. 9823 (PAE)

                    -v-
                                                                        ORDER
GENERAL ELECTRIC ET AL.,

                                          Defendants.

PAUL A. ENGELMAYER, District Judge:

On February 21, 2023, defendant filed a motion to dismiss the complaint under Rule 12

of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after the

service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

March 14, 2023.  No further opportunities to amend will ordinarily be granted.  If plaintiff does

amend, by April 4, 2023, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by March 14, 2023.  Defendants' reply, if any, shall be

served by March 28, 2023.  At the time any reply is served, the moving party shall supply the

Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the

Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's
opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days
after that.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2023
      New York, New York

2