# Ballon Stoll P.C.

COUNSELORS AT LAW     FOUNDED 1931     810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

July 7, 2023

MARSHALL B. BELLOVIN
(212) 575-7900
mbellovin@ballonstoll.com

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Room 1305
New York, New York 10007

    Re:     **Perlman v. General Electric, et al.**
               **Case No. 22-cv-9823 (PAE)**
               **Our File No. 21563.001**

Dear Judge Engelmayer:

We represent Plaintiff Carol Perlman in the above-referenced action. The undersigned is Plaintiff's lead counsel. We write with the consent of Defendants' counsel to request a thirty-(30) day extension of time for Plaintiff to file her amended complaint currently due on July 14, 2023. The reason for this request is that Plaintiff will be out of state and difficult to contact for the remainder of this month. In addition, this office has been and will be understaffed this month due to attorneys' and staffs' vacation schedules.

Pursuant to the proposed, revised briefing schedule, Plaintiff's Amended Complaint will now be due by August 14, 2023 (rather than July 14, 2023, the current filing deadline), and Defendants' response would now be due by September 11, 2023 (rather than twenty-one (21) days after service of Plaintiff's amended complaint). This is Plaintiff's first request for an extension of time to amend her complaint.

Respectfully submitted,

*s/Marshall B. Bellovin*
Marshall B. Bellovin (MB 5508)

cc:     Defense Counsel (via ECF)

Granted. The Court will not grant further extensions absent extraordinary circumstances.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
July 11, 2023