UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL PERLMAN,

                          Plaintiff,

       -v-

GENERAL ELECTRIC, *et al.*,

                        Defendants.

22 Civ. 9823 (PAE)

ORDER

---

**PAUL A. ENGELMAYER, District Judge:**

The Court adopts the following schedule regarding defendant's motion to dismiss:

- October 4, 2023: Plaintiff's brief in opposition.

- October 11, 2023: Defendant's reply brief.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 20, 2023
        New York, New York