**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CAROL PERLMAN,

                Plaintiff,

    -against-                             22 **CIVIL** 9823 (PAE)

                                                **JUDGMENT**

GENERAL ELECTRIC, et al.,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 16, 2024, the Court grants defendants' motion to dismiss. Perlman's FAC is dismissed with prejudice. Judgment is entered in favor of defendants. Accordingly, the case is closed.

**Dated:**  New York, New York

       February 16, 2024

                                                 **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          **BY:**
                                                 _____
                                                     **Deputy Clerk**